UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                          No.  22-CR-661-LTS-1

EDDY CRUZ,                                   ORDER

        Defendant.

--------------------------------------------------------x

        The Court has received a report from the Probation Department requesting a conference regarding modifying the terms of Mr. Cruz's supervised release.  A conference in this case is scheduled to proceed on September 7, 2023, at 2:00 p.m., in Courtroom 17C.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding by September 5, 2023.

        SO ORDERED.

Dated: New York, New York           _/s/ Laura Taylor Swain_____
       August 25, 2023             LAURA TAYLOR SWAIN
                              Chief United States District Judge