UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                                                                                                  No. 22 Cr 661-LTS

EDDY CRUZ,

        Defendant(s).

-------------------------------------------------------x

ORDER

        Upon the Noncompliance Report, dated August 22, 2023, the undated letter received from Mr. Cruz on September 7, 2023, and the record of the conference held this day, the conditions of Mr. Cruz' supervised release are modified by the addition of the following:

If Defendant tests positive for narcotics twice within any 30-60 day period, the Probation Office may, upon notification to and authorization by the Court, require Defendant to participate in inpatient substance abuse treatment.

        SO ORDERED.

Dated: New York, New York
        September 7, 2023

                                                                               LAURA TAYLOR SWAIN
                                                                               Chief United States District Judge